UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MERIDITH LIABLE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROCKPORT FINANCIAL, LLC d/b/a )<br>REGIONAL CREDIT SERVICES, INC. )<br>)<br>Defendant. )<br>)<br>) | CASE NO.: 4:15-CV-00306-ERW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Meridith Liable's Motion for Class Certification [ECF No. 3].

On February 17, 2015, Plaintiff initiated this lawsuit by filing her "Class Action Complaint" in this Court [ECF No. 1]. The next day, Plaintiff filed her pending Motion for Class Certification [ECF No. 3]. In March 2015, after filing its Motion to Dismiss, Defendant filed a "Motion to Stay Class Certification" [ECF No. 10]. Therein, Defendant noted the filing of its Motion to Dismiss, and asked the Court to "stay Plaintiff's Motion for Class Certification pending the Court's ruling on Defendant's Motion to Dismiss" [ECF No. 10 at 1]. In granting the Motion to Stay, this Court stated, "Briefing deadlines of pending Motion to Certify Class [] are held in abeyance pending further Orders of this Court" [ECF No. 12]. Subsequently, on August 12, the Court denied Defendant's Motion to Dismiss [ECF No. 21].

With the Court having ruled on Defendant's Motion to Dismiss, Defendant's initial reasoning for staying the briefing for the Motion for Class Certification is no longer applicable.

Therefore, the parties are ordered to file, within seven (7) days, a response to this Order on the issue of whether the stay should be extended further.

Accordingly,

**IT IS HEREBY ORDERED** that both parties shall file, within seven (7) days, a Response to this Order on the issue of whether the stay of the briefing deadlines for Plaintiff's Motion for Class Certification [ECF No. 3] should be extended further.

Dated this 28th Day of August, 2015.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE